PROB 12C
(6/16)

Report Date: May 14, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Isaac Juan Carter                Case Number: 0980 2:19CR00106-SAB-1

Address of Offender:                  Spokane Valley, Washington 99212

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 5, 2020

| | |
|---|---|
| Original Offense: | Possession of Stolen Firearm, 18 U.S.C. §§ 922(j), 924(a)(2) |
| Original Sentence: | Prison - 30 months / TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office |
| | Date Supervision Commenced: January 5, 2024 |
| Defense Attorney: | Federal Defender's Office |
| | Date Supervision Expires: January 4, 2027 |

### PETITIONING THE COURT

To issue a summons.

On January 5, 2024, the undersigned reviewed a copy of the conditions of supervision with Mr. Carter as outlined in the judgment and sentence. Mr. Carter signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: Mr. Carter allegedly violated the terms of his supervised release by consuming methamphetamine on or about April 8, 2024. |
| | On April 8, 2024, Mr. Carter reported to the U.S. Probation Office and was asked to provide a random urine sample. The sample returned presumptive positive for methamphetamine. |
| | The urine sample was sent to Alere Laboratory for further testing. On April 16, 2024, Mr. Carter's urine sample was confirmed positive for methamphetamine. |
| 2 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |

    **Supporting Evidence**: Mr. Carter allegedly violated the terms of his supervised release by consuming cocaine and methamphetamine on or about April 19, 2024.

    On April 23, 2024, Mr. Carter reported to the U.S. Probation Office and admitted to using methamphetamine on or about April 19, 2024. A urine sample was collected from Mr. Carter which tested presumptive positive for methamphetamine and cocaine.

    The urine sample was sent to Alere Laboratory for further testing. On April 28, 2024, the lab confirmed Mr. Carter's urine sample was positive for cocaine, and on May 6, 2024, the lab confirmed the urine sample was also positive for methamphetamine.

3    **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

    **Supporting Evidence**: Mr. Carter allegedly violated the terms of his supervised release by consuming cocaine and methamphetamine on or about April 30, 2024.

    On April 30, 2024, Mr. Carter provided a random urine sample at Pioneer Human Services (PHS). The sample returned presumptive positive for cocaine and methamphetamine.

    The urine sample was sent to Alere Laboratory for further testing. On May 7, 2024, the lab confirmed that Mr. Carter's urine sample was positive for cocaine, and on May 8, 2024, the lab confirmed the urine sample was also positive for methamphetamine.

4    **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Mr. Carter allegedly violated the above-stated condition of supervision by failing to submit to urinalysis testing on May 6, 2024, at PHS.

    Mr. Carter is enrolled in random drug testing with PHS. He is expected to call the testing line daily to determine if he is to test that same day between 7 a.m. and 7 p.m.

    PHS reported Mr. Carter failed to appear for testing on May 6, 2024.

5    **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

    **Supporting Evidence**: Mr. Carter allegedly violated the above-stated condition of supervision by failing to notify the undersigned within 72 hours of his contact with the Walla Walla County Sheriff's Office (WWCSO) on March 8, 2024.

    On May 8, 2024, a WWCSO deputy emailed the undersigned officer stating he had conducted a traffic stop on Mr. Carter that date in the early morning hours. Mr. Carter was pulled over for speeding on rural Walla Walla County roads. He and the passenger appeared nervous when questioned by the deputy. The deputy released Mr. Carter and the passenger despite his gut feeling of criminal activity taking place.

Prob12C
Re: Carter, Isaac Juan
May 14, 2024
Page 3

|   |   |
|---|---|
|   | Mr. Carter neglected to communicate with the undersigned officer regarding his recent contact with the WWCSO deputy. |
| 6 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision. |
|   | **Supporting Evidence**: Mr. Carter allegedly violated his conditions of supervised release by failing to report for treatment services at PHS on May 8, 2024. |
|   | On March 7, 2024, the undersigned referred Mr. Carter for a substance abuse evaluation and instructed him to follow through with any recommendations. |
|   | On May 8, 2024, the undersigned officer received communication from PHS staff that Mr. Carter did not show up on time for a scheduled admit appointment on that date. As such, he was rescheduled for May 30, 2024, resulting in a delay for treatment services. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/14/2024

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Signature of Judicial Officer*

5/14/2024
Date