PROB 12C
(6/16)

Report Date: June 4, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Isaac Juan Carter | Case Number: 0980 2:19CR00106-SAB-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Spokane Valley, Washington 99212 | |

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 5, 2020

| | | |
|---|---|---|
| Original Offense: | Possession of Stolen Firearm, 18 U.S.C. §§ 922(j), 924(a)(2) | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: January 5, 2024 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: January 4, 2027 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 5/14/2024.

On January 5, 2024, the undersigned reviewed a copy of the conditions of supervision with Mr. Carter as outlined in the judgment and sentence. Mr. Carter signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

7   **Standard Condition #7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full time employment you must try to find full time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Carter is alleged to have violated the above-stated condition by failing to notify the probation officer of his change in employment status.

On May 29, 2024, Mr. Carter was asked about his employment status. Mr. Carter advised he quit his job on May 1, 2024. Mr. Carter is in the process of securing a new job; however, he failed to report these changes within 10 days to the undersigned officer as Court ordered.

Prob12C
Re: Carter, Isaac Juan
June 4, 2024
Page 2

| | | |
|---|---|---|
| 8 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. | |

**Supporting Evidence**: Mr. Carter allegedly violated the above-stated condition of supervision by failing to submit to urinalysis testing on May 24, 2024, at Pioneer Human Services (PHS).

Mr. Carter is enrolled in random drug testing with PHS. He is expected to call the testing line daily to determine if he is to test that same day between 7 a.m. and 7 p.m.

PHS reported Mr. Carter failed to appear for testing on May 24, 2024.

9    **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: It is alleged that Mr. Carter violated the terms of his supervised release by consuming methamphetamine on or about May 15, 2024.

On May 29, 2024, Mr. Carter provided a random urine sample at the U.S. Probation Office. The sample returned presumptive positive for methamphetamine.

Mr. Carter signed an admission form indicating he had consumed methamphetamine on or about May 15, 2024. The urine sample was sent to Alere Laboratory for further testing. At the time of this petition, the laboratory results remain pending.

10   **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Carter allegedly violated the above-stated condition of supervision by failing to submit to urinalysis testing on May 30, 2024, at PHS.

Mr. Carter is enrolled in random drug testing with PHS. He is expected to call the testing line daily to determine if he is to test that same day between 7 a.m. and 7 p.m.

PHS reported Mr. Carter failed to appear for testing on May 30, 2024.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

Prob12C
Re: Carter, Isaac Juan
June 4, 2024
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/04/2024

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Stanley A. Bastian

Signature of Judicial Officer

6/4/2024

Date