PROB 12C
(6/16)

Report Date: June 12, 2024

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Isaac Juan Carter                Case Number: 0980 2:19CR00106-SAB-1

Address of Offender: ▇▇▇▇▇▇▇▇  Spokane Valley, Washington 99212

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 5, 2020

| | | |
|---|---|---|
| Original Offense: | Possession of Stolen Firearm, 18 U.S.C. §§ 922(j), 924(a)(2) | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: July 22, 2022 |
| Defense Attorney: | Nathan Poston | Date Supervision Expires: January 4, 2027 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 5/14/2024 and 6/4/2024.

On January 5, 2024, a U.S. probation officer reviewed a copy of the conditions of supervision with Mr. Carter as outlined in the judgment and sentence. Mr. Carter signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include impatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Carter allegedly violated the terms of his supervised release by failing to report for treatment services at Pioneer Human Services (PHS) on June 5, 2024.<br><br>On June 5, 2024, the undersigned officer received communication from PHS staff that Mr. Carter was not present for scheduled services on that date. |

| | | |
|---|---|---|
| 12 | | **Mandatory Condition #2**: You must lawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |

**Supporting Evidence**: It is alleged that Mr. Carter violated the terms of his supervised release by consuming methamphetamine on or about June 6, 2024.

On June 6, 2024, Mr. Carter provided a random urine sample at PHS. The sample returned presumptive positive for methamphetamine.

Mr. Carter signed a denial of use form, denying any consumption of methamphetamine on or about June 6, 2024. The urine sample was sent to Alere Laboratory for further testing. At the time of this petition, the laboratory results remain pending.

13  **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include impatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Carter allegedly violated the terms of his supervised release by failing to report for treatment services at PHS on June 10, 2024.

On June 11, 2024, the undersigned officer received communication from PHS staff that Mr. Carter was not present for scheduled services on that date.

14  **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: It is alleged that Mr. Carter violated the terms of his supervised release by consuming methamphetamine on or about June 12, 2024.

On June 12, 2024, Mr. Carter reported to the U.S. Probation Office. A urine sample was collected from Mr. Carter which tested presumptive positive for methamphetamine and cocaine. Mr. Carter admitted to using controlled substances between the end of May and June 1, 2024.

The urine sample was sent to Alere Laboratory for further testing. At the time of this petition, the results remain pending.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

Prob12C
Re: Carter, Isaac Juan
June 12, 2024
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/12/2024

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

6/13/2024
Date