PROB 12C
(6/16)

Report Date: August 13, 2024

United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2024

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Isaac Juan Carter       Case Number: 0980 2:19CR00106-SAB-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇ Spokane Valley, Washington 99212

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 5, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Stolen Firearm, 18 U.S.C. §§ 922(j), 924(a)(2) | | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: | July 22, 2022 |
| Defense Attorney: | Nathan Poston | Date Supervision Expires: | January 4, 2027 |

**PETITIONING THE COURT**

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 5/14/2024, 6/4/2024 and 6/12/2024.

On January 5, 2024, a U.S. probation officer reviewed a copy of the conditions of supervision with Mr. Carter as outlined in the judgment and sentence. Mr. Carter signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 15 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: Mr. Carter allegedly violated the terms of his supervised release by consuming methamphetamine on or about July 18, 2024.<br><br>On July 23, 2024, Mr. Carter was asked to provide a random urine sample. Mr. Carter could not provide a urine sample in the allotted time frame, and he signed an admission form indicating he had consumed methamphetamine on or about July 18, 2024. |
| 16 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

        **Supporting Evidence**: Mr. Carter allegedly violated the above-stated condition of supervision by failing to submit to urinalysis testing on July 26, 2024, at Pioneer Human Services (PHS).

        Mr. Carter is enrolled in random drug testing with PHS. He is expected to call the testing line daily to determine if he is to test that same day between 7 a.m. and 7 p.m.

        PHS reported Mr. Carter failed to appear for testing on July 26, 2024.

17        **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

        **Supporting Evidence**: Mr. Carter allegedly violated the terms of his supervised release by consuming methamphetamine on or about July 30, 2024.

        On August 2, 2024, Mr. Carter provided a random urine sample at the U.S. Probation Office. The sample returned presumptive positive for cocaine and methamphetamine.

        Mr. Carter signed an admission form indicating he had consumed methamphetamine on or about July 30, 2024. The urine sample was sent to Alere Laboratory for further testing. On August 6, 2024, the laboratory confirmed Mr. Carter's urine sample was positive for cocaine. On August 13, 2024, the laboratory also confirmed Mr. Carter's sample was positive for methamphetamine.

18        **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

        **Supporting Evidence**: Mr. Carter allegedly violated the above-stated condition of supervision by failing to report for a scheduled office appointment with the undersigned officer on August 8, 2024.

19        **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Carter allegedly violated the above-stated condition of supervision by failing to submit to urinalysis testing on August 9, 2024, at PHS.

        Mr. Carter is enrolled in random drug testing with PHS. He is expected to call the testing line daily to determine if he is to test that same day between 7 a.m. and 7 p.m.

        PHS reported Mr. Carter failed to appear for testing on August 9, 2024.

20        **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Prob12C
Re: Carter, Isaac Juan
August 13, 2024
Page 3

**Supporting Evidence**: Mr. Carter allegedly violated the above-stated condition of supervision by failing to submit to urinalysis testing on August 12, 2024, at PHS.

Mr. Carter is enrolled in random drug testing with PHS. He is expected to call the testing line daily to determine if he is to test that same day between 7 a.m. and 7 p.m.

PHS reported Mr. Carter failed to appear for testing on August 12, 2024.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/13/2024

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_Stanley A. Bastian_
Signature of Judicial Officer

8/14/2024
Date