PROB 12C
(6/16)

Report Date: August 14, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Isaac Juan Carter             Case Number: 0980 2:19CR00106-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane Valley, Washington 99212

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 5, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Stolen Firearm, 18 U.S.C. §§ 922(j), 924(a)(2) | | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: | July 22, 2022 |
| Defense Attorney: | Nathan Poston | Date Supervision Expires: | January 4, 2027 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 5/14/2024, 6/4/2024, 6/12/2024, and 8/13/2024.

On January 5, 2024, a U.S. probation officer reviewed a copy of the conditions of supervision with Mr. Carter as outlined in the judgment and sentence. Mr. Carter signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 21 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: Mr. Carter is alleged to have violated mandatory condition number 2, by ingesting a controlled substance, methamphetamine, on or about August 12, 2024.<br><br>On August 14, 2024, the offender submitted a urine specimen at the U.S. Probation Office that was presumptive positive for methamphetamine. At that time, he signed an admission of use form acknowledging use of said substance on or about August 12, 2024. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

Prob12C
Re: Carter, Isaac Juan
August 14, 2024
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/14/2024

s/ Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

8/14/2024

Date