PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 16, 2024

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Carter, Isaac Juan | Docket No. | 0980 2:19CR00106-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Mark E Hedge, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Isaac Juan Carter, who was placed under pretrial release supervision by the Honorable James A. Goeke, U.S. Magistrate Judge, sitting in the Court at Spokane, Washington, on the 15th day of August 2024 under the following conditions:

**Defendant shall not operate a motor vehicle**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #2:** Isaac Carter is alleged to have violated the conditions of pretrial release supervision by operating a vehicle on August 16, 2024.

On August 15, 2024, Mr. Carter appeared before the Honorable James A. Goeke, U.S. Magistrate Judge, for a detention hearing. Mr. Cater was released on previously imposed conditions and was also ordered that he shall not operate a motor vehicle.

On August 16, 2024, United States Probation inquired about Mr. Carter's method of transportation. Officers learned through his admittance he had drove his vehicle despite the previous imposed order prohibiting him from doing so.

PRAYING THAT THE COURT WILL INCORPORATE THE VIOLATION WITH PREVIOUSLY SUBMITTED VIOLATIONS

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: August 16, 2024 |
| by | s/Mark E. Hedge |
| | Mark E Hedge<br>U.S. Pretrial Services Officer |

PS-8

Re: **Carter,, Isaac Juan**
**August 16, 2024**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

8/16/24
_____
Date